# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM URAL NEEL, | |
| *Petitioner*, | 3:09-cv-00105-ECR-VPC |
| vs. | ORDER |
| JIM BENEDETTI, *et al.*, | |
| *Respondents*. | |

Petitioner has not responded to the Court's prior order (#23). The order directed petitioner to show cause in writing why the sole ground remaining, Ground 5, should not be dismissed with prejudice on the merits and why a final judgment of dismissal should not be entered. Petitioner has not responded to the show cause order, which set forth at length the grounds for dismissal.

IT THEREFORE IS ORDERED that this action shall be DISMISSED with prejudice on the merits as to the sole ground remaining.

The Clerk of Court shall enter final judgment accordingly, dismissing this action with prejudice.

DATED: January 23, 2012.

_____
EDWARD C. REED
United States District Judge