AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF    NEVADA

WILLIAM ERAL NEEL,

      Petitioner,               JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:  3:09-CV-00105-ECR-VPC

JIM BENEDETTI, et al.,

      Respondents.

☐   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED with prejudice on the merits as to the sole ground remaining.


January 23, 2012                                                    **LANCE S. WILSON**
                                                                                                    Clerk

                                                                                              /s/  M. Campbell
                                                                                              Deputy Clerk